# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008



Report Required by the Ethics
in Government Act of 1978
(5 U S C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Paez, Richard A. | 2. Court or Organization<br><br>U.S Court of Appeals for the Ninth Circuit | 3. Date of Report<br><br>06/12/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status, magistrate judges indicate full- or part-time)<br><br>Circuit Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>U.S. Court of Appeals<br>125 S. Grand Avenue, Ste. 300<br>Pasadena, CA 91105 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Directors | Western Justice Center |
| 2. Board of Directors | Association of Business Trial Lawyers |
| 3. | |
| 4 | |
| 5 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 9/98 | California Judges Retirement System-Deferred Retirement |
| 2. | |
| 3 | |

RECEIVED 2009 JUN 18 A 10: 49 FINANCIAL DISCLOSURE OFFICE

Paez, Richard A

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 06/12/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1 | 2008 | Cedars Sinai Medical Center |
| 2 | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp 25-27 of filing instructions )*

☐ NONE *(No reportable reimbursements )*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1 | Univ of Washington Law School | 10/27/2008 | Seattle, WA | Speaker - Gates Law Progr | Travel, Housing, Meals |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 06/12/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Sallie Mae | Student Loans | K |
| 2. Chase Nat'l Bank | Credit card | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 06/12/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g, div, rent, or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g, buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1 Fidelity Magellan | A | Dividend | J | T | | | | | |
| 2 Fidelity Cash Reserves (IRA) | B | Dividend | J | T | Sold (part) | 08/06 | K | A | |
| 3 Fidelity Short Term Bond (IRA) | B | Dividend | L | T | | | | | |
| 4 Fidelity Ginnie Mae (IRA) | C | Dividend | | | Sold | 07/14 | K | B | |
| 5 Fidelity Inter Bond (IRA) | A | Dividend | L | T | Buy | 07/14 | L | | |
| 6. Fidelity Govt Income (IRA) | D | Dividend | L | T | Buy | 07/14 | J | | |
| 7 Fidelity CA Muni MM | A | Dividend | J | T | Sold (part) | 11/30 | J | A | |
| 8 Cedars Sinai Med Ctr 403b - ING *See Note in Part VIII ● | A | Dividend | K | T | | | | | |
| 9 - Vanguard Target Retirement-2025 | | | | | Buy/Month | 04/1 | J | | |
| 10. - SSGA S&P Index Fund | | | | | Buy/Month | 04/1 | J | | |
| 11 - Vanguard Midcap Index Fund | | | | | Buy/Month | 04/1 | J | | |
| 12 Fidelity Cash Reserves IRA ● | A | Dividend | J | T | | | | | |
| 13 Fidelity PAS (IRA) ●** See Note | D | Dividend | N | T | | | | | |
| 14 - Fidelity Diversified Int'l | | | | | Buy | 10/02 | J | | |
| 15 - Fidelity Diversified Int'l | | | | | Buy (add'l) | 11/17 | J | | |
| 16. - Fidelity Advisor Diversified | | | | | Sold (part) | 10/02 | J | A | |
| 17 - Fidelity Real Estate Inv | | | | | Buy | 01/18 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div., rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Fidelity Real Estate Inv. | | | | | Sold (part) | 10/02 | J | A | |
| 19 - Fidelity Real Estate Inv. | | | | | Buy (add'l) | 11/17 | J | | |
| 20. - Fidelity Low Priced Stock | | | | | Buy | 11/17 | J | | |
| 21. - Fidelity Advisor New Insights CL | | | | | Buy | 01/18 | J | | |
| 22. - Fidelity Advisor New Insights CL | | | | | Buy (add'l) | 01/22 | J | | |
| 23 - Fidelity Div Growth | | | | | Sold | 01/18 | K | | |
| 24. - Fidelity Growth Comp. | | | | | Buy | 01/18 | J | | |
| 25. - Fidelity Growth Comp. | | | | | Buy (add'l) | 11/17 | J | | |
| 26. - Am Beacon Lge Cap Val Plan | | | | | Buy | 11/17 | J | | |
| 27. - William Blair Int'l Growth CL N | | | | | Sold (part) | 10/02 | J | A | |
| 28 - Causeway Int'l Val. Investor | | | | | Buy | 11/17 | J | | |
| 29 - EATON VANCE Large Cap Val | | | | | Buy | 11/18 | J | | |
| 30 - John Hancock US Global Leaders Growth CL A | | | | | Sold (part) | 01/18 | J | A | |
| 31 - John Hancock US - Global Leaders Growth CL A | | | | | Sold (part) | 10/02 | J | A | |
| 32 - Oakmark Fund I | | | | | Sold (part) | 01/18 | J | A | |
| 33. - Oakmark Fund I | | | | | Sold (part) | 10/02 | J | A | |
| 34 - Oakmark Fund I | | | | | Buy | 11/17 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 06/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Hartford Cap Appreciation CL A | | | | | Buy | 01/18 | J | | |
| 36. - Hartford Cap Appreication CL A | | | | | Buy (add'l) | 11/17 | J | | |
| 37. - Janus Fund | | | | | Buy | 10/02 | J | | |
| 38 - Janus Mid Cap Value Inv. | | | | | Buy | 01/18 | J | | |
| 39 - Janus Mid Cap Value Inv. | | | | | Buy (add'l) | 11/17 | J | | |
| 40. - Legg Mason Opport. Trust Fin Interm CL | | | | | Sold (part) | 01/18 | J | A | |
| 41. - Legg Mason Oport Trust Fin Interm CL | | | | | Sold (part) | 01/25 | J | A | |
| 42. - Legg Mason Opport. Trust Fin Iterm CL | | | | | Sold | 11/24 | J | A | |
| 43. - Legg Mason Partners Lg Cap Growth A | | | | | Sold (part) | 01/18 | J | A | |
| 44. - Legg Mason Partners Lg Cap Growth A | | | | | Buy | 11/17 | J | | |
| 45 - Masico Focus | | | | | Sold (part) | 01/18 | J | A | |
| 46. - Masico Focus | | | | | Buy | 11/17 | J | | |
| 47 - Morgan Stanley Inst Inc Int'l Equity B | | | | | Buy | 11/17 | J | | |
| 48 - Oppenheimer Main St Opportunity CL A | | | | | Sold | 10/02 | J | A | |
| 49 - Pimco Commod Real Ret Strat Admin CL | | | | | Sold (part) | 01/18 | J | A | |
| 50. - Pimco Commod Real Ret Strat Admin CL | | | | | Buy | 11/17 | J | | |
| 51 - T.Rowe Price Value Fund Advisor | | | | | Sold (part) | 01/18 | J | A | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 06/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions )*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  - T Rowe Price Value Fund Advisor | | | | | Buy | 11/17 | J | | |
| 53.  - Selected Am Shares | | | | | Buy | 10/02 | J | | |
| 54.  - Selected Am Shares | | | | | Buy<br>(add'l) | 11/17 | J | | |
| 55.  - Fidelity Cap & Income | | | | | Buy | 11/17 | J | | |
| 56.  - Fidelity Short Term Bond | | | | | Sold<br>(part) | 01/18 | J | A | |
| 57.  - Fidelity Short Term Bond | | | | | Sold<br>(part) | 10/02 | J | A | |
| 58.  - Fidelity Short Term Bond | | | | | Sold<br>(part) | 11/17 | J | A | |
| 59  - Fidelity Total Bond | | | | | Sold<br>(part) | 02/12 | J | A | |
| 60  - Fidelity Total Bond | | | | | Sold<br>(part) | 05/13 | J | A | |
| 61.  - Fidelity Total Bond | | | | | Sold<br>(part) | 08/12 | J | A | |
| 62.  - Fidelity Total Bond | | | | | Sold<br>(part) | 11/17 | J | A | |
| 63  Fidelity Total Bond | | | | | Sold<br>(part) | 11/19 | J | A | |
| 64.  - Pimco High Yield Admin Shs | | | | | Buy | 11/17 | J | | |
| 65  - Pimco Total Return Admin Shs | | | | | Sold<br>(part) | 01/18 | J | A | |
| 66  - Pimco Total Admin Shs | | | | | Sold<br>(part) | 11/17 | J | A | |
| 67  - Pimco Total Return Admin Shs | | | | | Sold<br>(part) | 01/18 | J | A | |
| 68  - Pimco Short Term Admin Shs | | | | | Sold<br>(part) | 01/18 | J | A | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 06/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Pimco Short Term Admin Shs | | | | | Sold (part) | 10/02 | J | A | |
| 70. - Pimco Foreign Bond Fund | | | | | Sold (part) | 01/18 | J | A | |
| 71 - Pimco Foreign Bond Fund | | | | | Sold (part) | 11/17 | J | A | |
| 72 - T.Rowe Price High Yield Advisor CL | | | | | Sold (part) | 10/02 | J | A | |
| 73. - Harbor Int'l Admin | | | | | Buy | 10/02 | J | | |
| 74 - Harbor Int'l Admin | | | | | Buy (add'l) | 11/17 | J | | |
| 75 - JP Morgan US Lg Cap Core | | | | | Buy | 11/24 | J | | |
| 76. - JP Morgan US Lg Cap Core | | | | | Buy (add'l) | 11/25 | J | | |
| 77. - Manning & Napier World Oppt Ser. | | | | | Buy | 10/02 | J | | |
| 78. - Victory Diversified Stk Class A | | | | | Buy | 10/02 | J | | |
| 79. - Victory Diversified Stk Class A | | | | | Buy (add'l) | 11/17 | J | | |
| 80 Spartan 500 Index Fund Adv Class | | | | | Buy | 01/18 | J | | |
| 81. Spartan 500 Index Fund Adv Class | | | | | Buy (add'l) | 01/25 | J | | |
| 82 Spartan 500 Index Fund Adv Class | | | | | Buy (add'l) | 10/02 | J | | |
| 83. Fidelity Pas Small Cap Fund of Funds | | | | | Buy | 10/02 | J | | |
| 84 Fidelity Pas Small Cap Fund of Funds | | | | | Buy (add'l) | 10/06 | J | | |
| 85. | | | | | | | | | |

| 1 Income Gain Codes. | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 06/12/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

Part VII  Investments and Trusts (cont'd)

* ███████ makes a monthly contribution to her Cedars Sinai Medical Center 403(b) Plan.

* Fidelity Portfolio Advisory Services manages ███████ IRA

| Name of Person Reporting | Date of Report |
| --- | --- |
| Paez, Richard A. | 06/12/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D C. 20544